## Wytheville

CITY OF ALEXANDRIA V. WAYNE KENDRICK, ET ALS.

June 10, 1937.

*Carl Budwesky*, for the appellant.

*Frank L. Ball*, for the appellees.